**Order entered October 3, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00979-CV

### EX PARTE: TRACY NIXON, Relator

**Original Proceeding from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-00-14691-T**

## ORDER
Before Chief Justice Wright and Justices Bridges and Brown

Before the Court is relator Tracy Nixon's September 9, 2016 motion for the Court to take judicial notice of the law. In accordance with the Court's opinion of this date dismissing this proceeding, the Court **DENIES AS MOOT** the motion for the Court to take judicial notice of the law.

/s/ CAROLYN WRIGHT
CHIEF JUSTICE